UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. CR07-344-RSL |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | DETENTION ORDER |
| | ) | |
| KHANH AHN TRUONG, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

<u>Offense charged</u>: Conspiracy to Possess with Intent to Distribute and to Export Cocaine; Conspiracy to Import Marijuana; Conspiracy to Engage in Money Laundering

<u>Date of Detention Hearing</u>:   June 24, 2008

The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the appearance of defendant as required and the safety of other persons and the community.

/ / /

DETENTION ORDER                                                                             15.13
18 U.S.C. § 3142(i)                                                                         Rev. 1/91
PAGE 1

## FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

1. Defendant has been charged with a drug offense the maximum penalty of which is in excess of ten years. There is therefore a rebuttable presumption against defendant as to both dangerousness and flight risk, under 18 U.S.C. §3142(e).

2. Defendant is a citizen of Vietnam who came to this country in 1980. He was found to be deportable by an immigration judge in 1998 but not deported at that time. The AUSA proffers that an immigration detainer is about to be filed.

3. Defendant's past criminal history includes a number of violent felonies and a fugitive charge, the disposition of which is unknown. He has no ties to this District. Much of his background information is unverified and unreported. He does not have a stable work history. The AUSA proffers that the defendant's finances have not been accurately reported. He is associated with six alias names and two dates of birth. He is allegedly a member of the "U.N. Gang", proffered to be responsible for recent violence and drug trafficking in Canada.

4. Taken as a whole, the record does not effectively rebut the presumption that no condition or combination of conditions will reasonably assure the appearance of the defendant as required and the safety of the community.

It is therefore ORDERED:

(1) Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

(2) Defendant shall be afforded reasonable opportunity for private consultation with

counsel;

(3) On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4) The clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United States Pretrial Services Officer.

DATED this 24th day of June, 2008.

*/s/ Mary Alice Theiler*
Mary Alice Theiler
United States Magistrate Judge